**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| WENDY PARNELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC.,<br><br>Defendant. | Case No. 5:26-cv-05297-DCF<br><br>**CLASS ACTION** |
| SHILEEN LANGE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC.,<br><br>Defendant. | Case No. 5:26-cv-05298-TLB<br><br>**CLASS ACTION** |
| AARON HUNTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC.,<br><br>Defendant. | Case No. 5:26-cv-05301-DCF<br><br>**CLASS ACTION** |

| | |
|---|---|
| KEVIN MANTEUFEL and ANTHONY WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC. and J.B. HUNT TRANSPORT, INC.,<br><br>Defendants. | Case No. 5:26-cv-05303-DCF<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES AND TO APPOINT INTERIM CO-LEAD COUNSEL**

Plaintiffs in the above-captioned actions seek entry of an order, pursuant to Federal Rules of Civil Procedure 23(g)(3) and 42(a), consolidating *Parnell v. J.B. Hunt Transport Services, Inc.* (Western District of Arkansas, Case No. 5:26-cv-05297-DCF); *Lange v. J.B. Hunt Transport Services, Inc.* (Western District of Arkansas, Case No. 5:26-cv-05298-TLB); *Hunter v. J.B. Hunt Transport Services, Inc.* (Western District of Arkansas, Case No. 5:26-cv-05301-DCF); and *Mantenufel and Walker v. J.B. Hunt Transport Services, Inc. and J.B. Hunt Transport, Inc.* (Western District of Arkansas, Case No. 5:26-cv-05303-DCF) (collectively the "Related Actions"), and appointing Leanna A. Loginov of Shamis & Gentile, P.A. and Mariya Weekes of Milberg, PLLC as Interim Class Counsel. Plaintiffs request that the Related Actions be consolidated into the first filed case, *Parnell v. J.B. Hunt Transport Services, Inc.* (Western District of Arkansas, Case No. 5:26-cv-05297-DCF), and that the Court appoint Ms. Loginov and Ms. Weekes as Interim Class Counsel.

For the reasons set forth in the accompanying Brief in Support of this Motion filed contemporaneously herewith, Plaintiffs respectfully submit that consolidation and appointment of

proposed Interim Co-Lead Class Counsel are warranted under Federal Rules of Civil Procedure 23(g)(3) and 42(a) because the Related Actions involve common questions of law and fact and arise out of the same alleged data breach, and because appointing highly qualified proposed Interim Co-Lead Class Counsel will allow the parties to move the case forward in an efficient manner. Accordingly, Plaintiffs' motion should be granted.

Dated: October 29, 2026

Respectfully submitted,

/s/ Joshua Sanford
Joshua Sanford (Ark. Bar ID # 2001037)
**SANFORD LAW FIRM**
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Tel: (501) 221-0088
josh@sanfordlawfirm.com

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Mariya Weekes*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

Israel David*
Adam M. Harris*
**ISRAEL DAVID LLC**

60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com
adam.harris@davidllc.com

Mark A. Cianci*
**ISRAEL DAVID LLC**
399 Boylston Street, Floor 6, Suite 23
Boston, MA 02116
Telephone: (617) 295-7771
mark.cianci@davidllc.com

*Attorneys for Plaintiffs and the Proposed Class*

* *pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, a true and correct copy of the foregoing was served through electronic mail on all counsel of record.

*/s/ Joshua Sanford*
Joshua Sanford