**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| WENDY PARNELL, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>J. B. HUNT TRANSPORT SERVICES, INC.,<br>Defendant. | Case No. 5:26-cv-05297-DCF |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LEANNA A. LOGINOV**

Wendy Parnell, through counsel and pursuant to Local Rule 83.5 of the United States District Court for the Western District of Arkansas, respectfully requests that this Court admit Leanna A. Loginov *pro hac vice* so that she, with the undersigned counsel, may appear for Plaintiff in the above-styled matter. As the basis for this motion, Plaintiff states as follows:

1. Leanna A. Loginov avers that she is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Leanna A. Loginov is a principal at Shamis & Gentile, P.A. a national law firm that represents consumers in various Class Action's and which maintains offices at 14 NE 1st Ave. Miami, FL 33132. Her telephone is (305) 479-2299 and e-mail address is lloginov@shamisgentile.com. Leanna A. Loginov resides in Parkland, FL. She was admitted to the New Jersey bar on January 6th, 2022 and is in good standing with the New Jersey Board of Bar Overseers.

2. Leanna A. Loginov further avers that she was admitted to practice in:

| JURISDICTION | DATE OF ADMISSION |
|---|---|
| New Jersey State Bar | 01/06/2022 |
| New York State Bar | 01/26/2022 |
| Northern District of New York | 06/01/2023 |
| District Court of New Jersey | 09/20/2023 |
| Southern District of New York | 12/12/2023 |
| Eastern District of New York | 12/20/2023 |
| Northern District of Illinois | 01/05/2024 |
| Central District of Illinois | 11/26/2024 |
| Northern District of Texas | 12/03/2024 |
| Eastern District of Texas | 02/19/2025 |
| Southern District of Texas | 02/28/2025 |
| District of Maryland | 11/21/2025 |
| Eastern District of Wisconsin | 11/25/2025 |
| Eastern District of Michigan | 12/08/2025 |
| District of Nebraska | 01/29/2026 |
| District of Colorado | 2/10/2026 |
| Eastern District of Missouri | 02/24/2026 |
| Northern District of Ohio | 03/06/2026 |
| Western District of Michigan | 03/19/2026 |
| Eastern District of Tennessee | 04/15/2026 |
| Western District of Texas | 05/04/2026 |
| Western District of Wisconsin | 07/24/2026 |

3. Leanna A. Loginov understands that by appearing in this case, she is subject to the rules of this Court just as if she were a member of the bar of this district. Pursuant to Local Rule 83.5, Leanna A. Loginov confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. Leanna A. Loginov has never been suspended from the practice of law. There is a pending investigation for failing to timely file an application for pro hac vice in connection with *Spencer Andrews, et al. v. Brandt Equities, LP*, Case No. 09-2026-CV-01466 (District Court for Cass County, North Dakota) however, that application for pro hac vice admission was subsequently ruled on and I was admitted to practice and then preliminarily approved as lead counsel for the putative class.

5. Joshua Sanford, an attorney at the law firm of SANFORD LAW FIRM, PLLC, located at 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211, phone (501) 221-0088, e-mail: josh@sanfordlawfirm.com designates himself as local counsel for purposes of this Motion and has already made an appearance in this case.

6. Pursuant to this Motion, the undersigned is subsequently providing payment in the amount of $100.00 as a fee to be allowed to appear *pro hac vice* in this case.

Accordingly, for the reasons set forth herein, Plaintiff respectfully requests that the Court grant this motion for admission *pro hac vice* of Leanna A. Loginov and allow Leanna A. Loginov to represent Plaintiff in the above-styled matter.

This 3rd day of November 2026.

Respectfully submitted,
Wendy Parnell,

By her attorneys,

/s/ Leanna Loginov
Leanna Loginov
**SHAMIS & GENTILE, P.A.**
14 NE First Avenue, Suite 705
Miami, Florida 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Joshua Sanford
Ark. Bar No. 2001037
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Tel: (501) 221-0088
Fax: (888) 787-2040
Email: josh@sanfordlawfirm.com