**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS FAYETTEVILLE DIVISION**

**WENDY PARNELL**, on behalf of herself and all others similarly situated,

Plaintiff,

v.

**J.B. HUNT TRANSPORT SERVICES, INC.**

Defendant.

**Case No. 5:26-cv-05297**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wendy Parnell, by and through her undersigned counsel, hereby voluntarily dismisses this action as follows:

1. All claims of the Plaintiff, Wendy Parnell, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Defendant has not served an answer or a motion for summary judgment.

Date: November 9, 2026

Respectfully Submitted,

By: */s/ Leanna A. Loginov*
Leanna A. Loginov - Admitted Pro Hac Vice
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave. Suite 705
Miami, FL 33132
Tel: (305) 479-2299
E:lloginov@shamisgentile.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: *<u>/s/ Leanna A. Loginov</u>*
Leanna A. Loginov, Esq.